UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL M. GAFFNEY,

                  *Plaintiff*,

v.

BREWSTER CENTRAL SCHOOL DISTRICT, *and* DR. MICHELLE GOSH,

                  *Defendants*.

No. 24-CV-9497 (KMK)

ORDER OF SERVICE

---

KENNETH M. KARAS, United States District Judge:

    Daniel M. Gaffney ("Plaintiff"), proceeding pro se, bring this Action against Brewster Central School District and Dr. Michelle Gosh (collectively, "Defendants"), alleging discrimination, retaliation, and hostile work environment in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., and the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq. (*See* Compl. (Dkt. No. 1).)

    The Clerk of Court is respectfully directed to issue summonses as to each Defendant. Plaintiff is directed to serve the summonses and Complaint on each Defendant within 90 days of the issuance of summonses.

    If, within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   January 10, 2025
           White Plains, New York

                                                  KENNETH M. KARAS
                                                  United States District Judge