# SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

September 4, 2025

**Via ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Daniel M. Gaffney v. Brewster Central School District.*
Index No.: 24CV09497 (KMK)

Dear Judge Karas:

We represent the Defendant in this matter and are writing, with the consent of Plaintiff's Counsel, to respectfully request a brief extension of the current briefing schedule. This is the first such request.

Defendant's motion to dismiss the Complaint in this matter is currently due September 9th. Defendant respectfully requests an extension until September 23rd, and that all other deadlines be extended accordingly,

Plaintiff's Counsel has consented to this request.

Thank You for Your attention to this matter.

Very truly yours,

SILVERMAN & ASSOCIATES

Gerald S. Smith

cc: **Via ECF**
*All Counsel of Record*

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.
9/9/2025

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com