UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Daniel M. Gaffney,

Plaintiff,

24-CV-09497 (KMK)

-v-

CALENDAR NOTICE

Brewster Central School District,

Defendant.
-----------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, November 18, 2026 at 12:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066

Dated: November 13, 2026
White Plains, New York

So Ordered

______________________________
Kenneth M. Karas, U.S.D.J.